United States District Court
Southern District of Texas
**ENTERED**
June 29, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JANE GUINN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-152 |
| | § | |
| CATHRYN JOY DUBBERLY, | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

In accordance with Plaintiff's Notice of Voluntary Dismissal, this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

ORDERED this 28 day of June, 2017.

_____
HAYDEN W. HEAD, JR.
SENIOR UNITED STATES DISTRICT JUDGE